# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Anna Pawelczak, an individual; on behalf of herself and all others similarly situated <br> *Plaintiff* <br> v. <br> Nations Recovery Center, Inc. <br> *Defendant* | ) ) ) ) ) <br> Civil Action No. 11 C 3700 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Summary judgment is entered in favor of the plaintiff and against defendant as to liability.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge Charles P. Kocoras on cross motions for summary judgment.

Date: 14 Jun 2012

Thomas G. Bruton, Clerk of Court

/s/ Stephen C. Tokoph
Deputy Clerk