**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANNA PAWELCZAK, an individual; on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 11-cv-3700 |
| v. | ) ) | Hon. Charles P. Kocoras |
| NATIONS RECOVERY CENTER, INC., a Georgia Corporation, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO AMEND JUDGMENT**

Pursuant to Fed. R. Civ. P. 59(e), Plaintiff Anna Pawelczak respectfully asks the Court to amend the judgment entered on June 14, 2012 to include an award of damages to Plaintiff in the amount of $1,000. In the alternative, Plaintiff requests a jury trial on Plaintiff's damages.

In support of this motion, Plaintiff states as follows:

1. On June 14, 2012, the Court granted Plaintiff's motion for summary judgment on liability and denied Defendant's motion. (Document 62.) That same day, the Court entered a judgment. (Document 63.) The judgment did not award damages to Plaintiff.

2. Section 1692k of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") provides in relevant part:

> (a) Amount of Damages
>
> Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of —
>     (1) any actual damage sustained by such person as a result of such failure;
>     (2)
>         (A) in the case of any action by an individual, such

>> additional damages as the court may allow, but not exceeding $1,000; . . . .
>
> . . . .
>
> (3) in the case of any successful action to enforce the foregoing liability, the costs of the action, together with a reasonable attorney's fee as determined by the court. . . .

15 U.S.C. § 1692k(a).

3. On June 15, 2012, Plaintiff's counsel sent a settlement demand to Defendant's counsel, in an effort to settle the amount of Plaintiff's damages and her attorneys' fees and costs. *Inter alia*, Plaintiff's counsel demanded $1,000 in statutory damages for Plaintiff. On June 19, 2012, at the request of Defendant's counsel, Plaintiff's counsel submitted their time and expense records to Defendant's counsel.

4. As of the date of the filing of this motion, Defendant has made no response to Plaintiff's demand of $1,000 in statutory damages for herself plus attorneys' fees and costs.

5. Plaintiff requests the Court enter an order (a) finding as a matter of law that Plaintiff is entitled to $1,000 in statutory damages and amend the judgment to reflect that finding; (b) that the Court enter an order setting a briefing schedule on Plaintiff's petition for attorneys' fees and costs, which petition is to be filed no sooner than 21 days after the entry of the order, (c) that the Court order Defendant's counsel to provide its time and expense records to Plaintiff's counsel within 7 days of entry of the order, pursuant to Local Rule 54.3(d)(3).

6. In the alternative, Plaintiff requests that the Court set the matter for a trial on damages and defer any briefing on Plaintiff's petition for attorneys' fees and costs.

WHEREFORE, for the foregoing reasons, pursuant to Fed. R. Civ. P. 59(e), Plaintiff Anna Pawelczak respectfully asks the Court to amend the judgment entered on June 14, 2012 to include an award of damages to Plaintiff in the amount of $1,000. In the alternative,

Plaintiff requests a jury trial on Plaintiff's damages.

                                        Respectfully submitted,

                                        s/Francis R. Greene
                                        Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
      & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Francis R. Greene, hereby certify that on July 10, 2012, I caused to be filed the foregoing document with the Clerk of the Court via the Court's CM/ECF system which caused to be sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Corinne C. Heggie
cheggie@hinshawlaw.com

Nabil G. Foster
nfoster@hisnshawlaw.com

Nicholas D. O'Conner
noconner@hinshawlaw.com

William F. Horn
bill@wfhlegal.com

                                        s/Francis R. Greene
                                        Francis R. Greene