**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANNA PAWELCZAK, an individual; on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 11-cv-3700 |
| v. | ) ) | Hon. Charles P. Kocoras |
| NATIONS RECOVERY CENTER, INC., a Georgia Corporation, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:** **(See attached service list.)**

   **PLEASE TAKE NOTICE** that on Tuesday July 31, 2012 at 9:30 a.m., we will appear before Honorable Judge Kocoras room 1719 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION TO AMEND JUDGMENT.**

                    s/Francis R. Greene
                    Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Francis R. Greene, hereby certify that on July 10, 2012, I caused to be filed the foregoing document with the Clerk of the Court via the Court's CM/ECF system which caused to be sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Corinne C. Heggie
cheggie@hinshawlaw.com

Nabil G. Foster
nfoster@hisnshawlaw.com

Nicholas D. O'Conner
noconner@hinshawlaw.com

William F. Horn
bill@wfhlegal.com

                 s/Francis R. Greene
                 Francis R. Greene