# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Anna Pawelczak

                          Plaintiff,

v.                                             Case No.: 1:11−cv−03700
                                                 Honorable Charles P. Kocoras

Nations Recovery Center, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 31, 2012:

      MINUTE entry before Honorable Charles P. Kocoras:Motion hearing held on 7/31/2012. Plaintiff's motion (Doc [64]) to amend judgment is entered and continued to 8/29/2012 at 9:30 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.