## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
## Eastern Division

Anna Pawelczak
                              Plaintiff,

v.                                                       Case No.: 1:11−cv−03700
                                                                Honorable Charles P. Kocoras

Nations Recovery Center, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 28, 2012:

      MINUTE entry before Honorable Charles P. Kocoras:At plaintiff's telephonic request, hearing on plaintiff's motion (Doc [64]) to amend judgment is reset from 8/29/20122 to 9/19/2012 at 9:30 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.