# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3700 | **DATE** | 9/26/2012 |
| **CASE TITLE** | Pawelczak -v- Nations Recovery Center, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 9/26/2012. Plaintiff's motion (Doc [64]) to amend judgment is withdrawn. Cause is hereby dismissed without prejudice and with leave to reinstate on or before 12/31/2012 if settlement is not effectuated. Said dismissal will then become with prejudice unless the complaint has been reinstated, or the time to reinstate has been extended by the Court.

Docketing to mail notices.

0:06

| | Courtroom Deputy Initials: | SCT |
|---|---|---|